UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


CHARLES M. HOWARD, SR.,

      Plaintiff

    v.                          C-1-12-430

JUDITH A. LEVY, *et al.*,

      Defendants


This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 6), plaintiff's objections (doc. nos. 8 and 15) and plaintiff's Brief (doc. no. 16). The Magistrate Judge concluded that plaintiff's Complaint fails to state a claim upon which relief may be granted and therefore, recommended plaintiff's Complaint should be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

Plaintiff objects to the Judge's Report and Recommendation on the grounds that his findings are contrary to law.

Upon a *de novo* review of the record, especially in light of plaintiff's objections, the Court finds that plaintiff's objections have either been adequately addressed and properly disposed of by the Judge or present no particularized arguments that warrant specific responses by this Court. The Court finds that the Magistrate Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case and agrees with the Judge.

Accordingly, the Court hereby ADOPTS the Report and Recommendation of the United States Magistrate Judge (doc. no. 6). Plaintiff's Complaints (doc. nos. 1, 2 and 5) are DISMISSED WITH PREJUDICE.

The Court CERTIFIES pursuant to 28 U.S.C. § 1915(a) that for the foregoing reasons an appeal of any Order adopting this Report and Recommendation would not be taken in good faith and therefore DENIES plaintiff leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999), overruling in

part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

This case is DISMISSED AND TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                            s/Herman J. Weber
                                     Herman J. Weber, Senior Judge
                                       United States District Court